RONALD A. PELC ET AL. *v.* CITY OF DANBURY ET AL.

The plaintiffs' motion to expedite the appeal of Carol and Anthony Palermo, Zeta Margo and Sarah Rothkopf from the Superior Court in Fairfield County is denied.

*Lloyd Cutsumpas,* in support of the motion.

Submitted November 15—decided November 22, 1972

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW HAVEN *v.* DESIGN DEVELOPMENTS, INC., ET AL.

The plaintiff's motion for an expedited hearing of its motion to dismiss filed October 27, 1972, from the Superior Court in New Haven County is denied.

*Michael J. Dorney* and *Richard J. Beatty,* in support of the motion.

Submitted November 16—decided November 22, 1972

RALPH NADER ET AL. *v.* WILLIAM R. COTTER ET AL.

The plaintiffs' motion filed November 6, 1972, for a review of the decision concerning rectification of the substituted limited finding filed October 20, 1972, in the appeal from the Superior Court in Hartford County is denied.

*Bruce Mayor,* in support of the motion.

*Joseph P. Cooney,* in opposition.

Submitted November 20—decided November 22, 1972